IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ GARIBAY, JR.,

       Petitioner,                     No. CIV S-08-0943 GEB GGH P

       vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,
       Respondents.                  ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Stanislaus County Superior Court. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern
3 | District of California sitting in Fresno; and

4 | 2. All future filings shall reference the new Fresno case number assigned and
5 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: 05/14/08            /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:rlm
gari0943.109