IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ GARIBAY, JR., | 1:08-cv-00676 WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| FELKER, et al, | (DOCUMENT #14) |
| Respondent. | (30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 2, 2008, Respondent filed a motion to extend time to file Answer to Petition for Writ of Habeas Corpus . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file Answer to Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated:   October 8, 2008         /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE